# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | | |
|---|---|---|
| **JEFFREY DOUCETTE,** | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL No. 2:20-CV-198-DBH |
| | ) | |
| **MARTIN MAGNUSSON,** | ) | |
| | ) | |
| DEFENDANT | ) | |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On January 29, 2021, the United States Magistrate Judge filed with the court, with copies to counsel, his Recommended Decision on 28 U.S.C. § 2554 Petition. The time within which to file objections expired on February 12, 2021, and no objection has been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**.

The motion for habeas relief under 28 U.S.C. § 2254 is **DISMISSED** without an evidentiary hearing. No certificate of appealability pursuant to Rule 11 of the Rules Governing Section 2254 Cases shall issue because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

So ORDERED.

DATED THIS 16TH DAY OF FEBRUARY, 2021

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**